Sabina Pepper, as Administratrix, etc., of William Pepper, Deceased,

Appellant, v. George W. Linch, as Receiver of the Second Avenue Railroad Company, Respondent.— Order affirmed, with costs. No opinion.

William A. Crawford, Respondent, v. Musco M. Robertson, Appellant, Impleaded with Edward J. McCormack, Inc.— Judgment and order affirmed, with costs. No opinion. (McLaughlin and Dowling, JJ., dissented.)

Edward Ermold, Appellant, v. Hans Kaltenhauser and Fritz Becker, Respondents.— Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer and to reply to counterclaim on payment of costs in this court and in the court below, and appeal from order dismissed. No opinion.

In the Matter of the Probate of the Last Will and Testament of Edward O. Kindberg, Deceased. (Proceedings Nos. 1 & 2). August Reymert and Others, Appellants; Presbyterian Hospital in the City of New York, Respondent.— Decree and order so far as appealed from affirmed, with costs against appellant August Reymert personally. No opinion. (McLaughlin and Dowling, JJ, dissented.)

Agnes Dixson, Appellant, v. Aaron D. Thompson, Respondent.— Judgment affirmed, with costs. No opinion.

John H. Parks, Appellant, v. The Second National Bank of the City of New York, Respondent.— Judgment affirmed, with costs, on authority of *Parks* v. *Knickerbocker Trust Co.* (137 App. Div. 719).

John Thurston, Appellant, v. Hanna Thurston, Respondent.— Judgment affirmed, with costs. No opinion.

John J. Talley and Others, as Executors, etc., of John J. Talley, Deceased, Respondents, v. James Everard's Breweries, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham, P. J., and Miller, J., dissented upon the ground that the defendant had an absolute right to answer the amended complaint, and that it was error for the court to deny that right or to refuse to adjourn the case to enable the defendant to prepare for trial.)

George F. Considine, Individually and as Surviving Member of the Copartnership of John R. Considine, Respondent, v. The Hudson Trust Company, Individually and as Administrator, etc., of John R. Considine, Deceased, Appellant.— Judgment affirmed, with costs. No opinion.

Patrick Mulqueen, Appellant, v. Interborough Rapid Transit Company, Respondent.— Judgment and order affirmed, with costs. No opinion. (McLaughlin, J., dissented on the ground that the relation of master and servant did not exist at the time of the injury.)

Michael O'Brien, Appellant, v. United Electric Light and Power Company, Respondent, Impleaded with Loring R. Gale.— Judgment affirmed, with costs, with leave to plaintiff to serve amended complaint on payment of costs in this court and in the court below. No opinion.